1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11                 Petitioner,                           No. 2: 10-cv-1848 KJN P

12          vs.

13   WARDEN SALINAS,

14                 Respondent.                  <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding without counsel, has filed a petition for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma

18   pauperis.

19          Petitioner alleges that he is receiving inadequate medical care at the Deuel

20   Vocation Institution.  The purpose of a habeas corpus petition is to challenge the legality of a

21   conviction or sentence.  The purpose of a civil rights action brought pursuant to 42 U.S.C. § 1983

22   is to challenge conditions of confinement.  Because petitioner is challenging conditions of

23   confinement, this action is construed as a civil rights action.

24          Petitioner has submitted a declaration that makes the showing required by

25   28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

26   ////

1

1      Petitioner is required to pay the statutory filing fee of $350.00 for this action.

2   28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, petitioner will be assessed an initial partial

3   filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the

4   court will direct the appropriate agency to collect the initial partial filing fee from petitioner's

5   prison trust account and forward it to the Clerk of the Court.  Thereafter, petitioner will be

6   obligated to make monthly payments of twenty percent of the preceding month's income credited

7   to petitioner's prison trust account.  These payments will be forwarded by the appropriate agency

8   to the Clerk of the Court each time the amount in petitioner's account exceeds $10.00, until the

9   filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

10      The petition is dismissed with leave to file a civil rights complaint.  Following

11   receipt of the complaint, the court will issue further orders.

12      In accordance with the above, IT IS HEREBY ORDERED that:

13      1.  Petitioner's request for leave to proceed in forma pauperis is granted.

14      2.  Petitioner is obligated to pay the statutory filing fee of $350.00 for this action.

15   Petitioner is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

16   § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

17   Director of the California Department of Corrections and Rehabilitation filed concurrently

18   herewith.

19      3.  This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

20      4.  The petition is dismissed with twenty-eight days leave to file a civil rights

21   complaint; failure to file a complaint within that time will result in dismissal of this action;

22   ////

23   ////

24   ////

25   ////

26   ////

2

1        5.  The Clerk of the Court is directed to send petitioner the form for a civil rights

2   complaint by a prisoner.

3   DATED:  July 21, 2010

4

5

6                                                    _____
                                                     KENDALL J. NEWMAN
7   tur1848.ord                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11          Plaintiff,                        No. 2: 10-cv-1848 KJN P

12      vs.

13   WARDEN SALINAS,                          NOTICE OF AMENDMENT

14          Defendant.

15   _____/

16          Plaintiff hereby submits the following document in compliance with the court's

17   order filed _____:

18          _____   Amended Complaint

19   DATED:

20

21                                        _____

22                                        Plaintiff

23

24

25

26

                                        4