IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

     Plaintiff,                    No. 2: 10-cv-1848 MCE KJN P

     vs.

WARDEN SALINAS, et al.,

     Defendant.                 <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2010, plaintiff filed a motion for subpoenas. Plaintiff appears to request that the court send him subpoenas so that he may serve defendants with process. Plaintiff claims that defendants will evade service by the U.S. Marshal.

       On September 22, 2010, the court ordered the U.S. Marshal to serve process on defendants. Plaintiff's claim that defendants will evade process is not well supported. If the U.S. Marshal has difficulty serving process, the court will issue further orders.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for subpoenas (Dkt. No. 21) is denied as unnecessary.

DATED: October 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.sub