IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

       Plaintiff,                       No. 2: 10-cv-1848 MCE KJN P

    vs.

WARDEN SALINAS, et al.,

       Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        Pursuant to this court's screening of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a), the court found that the amended complaint may state cognizable claims against defendants Vertinelli, Hale and Colon, but did not state a claim against defendants Salinas, Manning, Fiung, Talisayani, Rivera, Langren, Rubeck and Farman. (Dkt. No. 15.) The court gave plaintiff the option of proceeding on his amended complaint or filing a second amended complaint that added cognizable claims against defendants Salinas, Manning, Fiung, Talisayani, Rivera, Langren, Rubeck and Farman. Plaintiff chose to proceed on his amended complaint against defendants Vertinelli, Hale and Colon, effectively choosing to terminate this action against defendants Salinas, Manning, Fiung, Talisayani, Rivera, Langren, Rubeck and Farman.

////

1       Accordingly, IT IS HEREBY RECOMMENDED that defendants Salinas,
2 Manning, Fiung, Talisayani, Rivera, Langren, Rubeck and Farman be dismissed from this action.
3       These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 21 days
5 after being served with these findings and recommendations, plaintiff may file written objections
6 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
7 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
8 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
9 (9th Cir. 1991).

DATED: October 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.fr