IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,   No. 2:10-cv-1848-MCE-KJN-P

    Plaintiff,

  vs.   ORDER

WARDEN SALINAS, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 29, 2010, the magistrate judge filed two findings and recommendations herein, one recommending various Defendants be dismissed from this action (ECF No. 24), and one recommending that Plaintiff's motion for injunctive relief be denied (ECF No. 25). Upon further motion from Plaintiff, the magistrate judge issued yet a third finding and recommendation on December 3, 2010, recommending that Plaintiff's motion for a temporary restraining order be denied (ECF No. 30). Plaintiff has objected to the magistrate judge's findings and recommendations filed on December 3.

1

The Court has reviewed the file and the objection. Each of the findings and recommendations are supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 29, 2010 and December 3, 2010 are adopted in full;

2. Plaintiff's motion for injunctive relief (ECF No. 22) is denied;

3. Defendants Salinas, Manning, Fiung, Talisayani, Rivera, Langren, Rubeck and Farman are dismissed from the instant action; and

4. Plaintiff's motion for a temporary restraining order (ECF No. 26) is denied.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE