IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,               No. 2: 10-cv-1848 MCE KJN P

   vs.

WARDEN SALINAS, et al.,

      Defendants.       ORDER

_____/

On January 31, 2011, plaintiff filed a "motion for an order to show cause" requesting that the court order officials at Pelican Bay State Prison ("PBSP") to stop harassing him. No defendants are located at PBSP. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). For this reason, plaintiff's motion for an order to show cause is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order to show cause (Dkt. No. 35) is denied.

DATED: February 9, 2011

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.ord(2)

1