IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,                    No. 2: 10-cv-1848 MCE KJN P

    vs.

WARDEN SALINAS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On February 9, 2011, plaintiff filed a motion to proceed in forma pauperis. Because plaintiff is already proceeding in forma pauperis, IT IS HEREBY ORDERED that plaintiff's February 9, 2011 motion to proceed in forma pauperis (Dkt. No. 38) is denied as unnecessary.

DATED: February 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.den

1