IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                    No. 2: 10-cv-1848 MCE KJN P

   vs.

WARDEN SALINAS, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On September 22, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Vertinelli was returned unserved. On February 23, 2011, the court granted plaintiff sixty days to obtain additional information to serve this defendant.

        On March 3, 2011, plaintiff filed a motion for writ of mandate. In this motion, it appears that plaintiff is requesting court assistance in locating defendant Vertinelli. However, plaintiff has taken no steps to locate defendant Vertinelli on his own. For example, plaintiff has not requested information from the California Department of Corrections and Rehabilitation ("CDCR") pursuant to the California Public Records Act regarding defendant Vertinelli's address. Cal. Govt. Code § 6253. Because plaintiff has not attempted to obtain information regarding defendant Vertinelli, his request for court assistance is premature.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for writ of
2  mandate (Dkt. No. 44) is denied.
3  DATED: March 22, 2011

5  _____
   KENDALL J. NEWMAN
6  UNITED STATES MAGISTRATE JUDGE

7  tur1848.ord(2)