IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

        Plaintiff,                    No. 2: 10-cv-1848 MCE KJN P

        vs.

WARDEN SALINAS, et al.,

        Defendants.               ORDER TO SHOW CAUSE

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Vertinelli was returned unserved because he was not employed at the prison listed on the USM 285 form. Service was also ineffective because defendant Vertinelli's name was not contained on the California Department of Corrections and Rehabilitation Locator ("CDCRL") list. Accordingly, on February 23, 2011, the court granted plaintiff sixty days to provide additional information to serve this defendant.

        On April 27, 2011, plaintiff submitted the forms necessary to serve defendant Vertinelli. On May 12, 2011, the court ordered the United States Marshal to serve this defendant. On May 25, 2011, process directed to defendant Vertinelli was again returned

unserved.

The address provided by plaintiff for defendant Vertinelli on April 27, 2011 is the same address that plaintiff originally provided.  Under these circumstances, it appears that service of defendant Vertinelli cannot be effected.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause why defendant Vertinelli should not be dismissed.

DATED:  June 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.osc