1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11            Plaintiff,                    No. 2:10-cv-1848 MCE KJN P

12        vs.

13   WARDEN SALINAS, et al.,

14            Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On October 14, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Defendants have filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo  review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2           1.  The findings and recommendations filed October 14, 2011 are adopted in full;

3           2.  Plaintiff's motions for summary judgment (Dkt. Nos. 69, 70) is denied; and

4           3.  Defendants' summary judgment motion (Dkt. No. 71) is granted as to

5 defendant Hall and denied as to defendant Colon.

6   Dated:  December 16, 2011

7

8                                 MORRISON C. ENGLAND, JR.

9                                 UNITED STATES DISTRICT JUDGE

10

11

12  /turn1848.806

13

14

15

16

17

18

19

20

21

22

23

24

25

26