IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,                    No. 2: 10-cv-1848 MCE KJN P

    vs.

WARDEN SALINAS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 14, 2011, plaintiff filed a motion for "confirmation of service of defendant Sgt. Vertinelli." (Dkt. No. 67.) In this motion, plaintiff requests that the court serve this defendant.

        On July 8, 2011, the undersigned recommended that defendant Vertinelli be dismissed because service of this defendant could not be effected. The July 8, 2011 findings and recommendations detailed the attempts to serve defendant Vertinelli. On September 20, 2011, the Honorable Morrison C. England adopted the July 8, 2011 findings and recommendations.

        Because defendant Vertinelli has been dismissed, plaintiff's July 14, 2011 motion requesting service of this defendant is denied.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for confirmation of service of defendant Vertinelli (Dkt. No. 67) is denied.

DATED: January 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.ord(4)