IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                     No. 2: 10-cv-1848 MCE KJN P

   vs.

WARDEN SALINAS, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for trial before the Honorable Morrison C. England on August 27, 2012.

      Plaintiff has not previously requested appointment of counsel.  If plaintiff were to request appointment of counsel at this time, the court would seriously consider such request.

      Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall inform the court whether he seeks appointment of counsel.

DATED: January 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur1848.coun

1