IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

     Plaintiff,                     No. 2:10-cv-1848 MCE KJN P

    vs.

WARDEN SALINAS, et al.,

     Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Richard C. Miadich has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Richard C. Miadich is appointed as counsel in the above entitled matter.

        2. Richard C. Miadich shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

////

////

////

1        3.  The Clerk of the Court is directed to serve a copy of this order upon Richard C. Miadich, Olson Hagel & Fishburn, LLP, 555 Capitol Mall Drive, Suite 1425, Sacramento, California 95814.

DATED:  March 13, 2012

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

turn1848.31