# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

       Plaintiff,             No. 2:10-cv-1848 MCE KJN P

    vs.

WARDEN SALINAS, et al.,        ORDER & WRIT OF HABEAS CORPUS
                               AD TESTIFICANDUM

       Defendants.

_____/

      Anthony Turner, inmate # G-27511, a necessary and material witness in a settlement conference in this case on October 19, 2012, is confined in California State Prison, Corcoran (COR), 4001 King avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25 on October 19, 2012, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Corcoran, P. O. Box 8800, Corcoran, California 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Newman, at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 9, 2012

                      _Kendall J. Newman_
                      KENDALL J. NEWMAN
                      UNITED STATES MAGISTRATE JUDGE