UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,                    No. 2:10-cv-01848-MCE-KJN-P

      Plaintiff,

  v.                                   ORDER CONTINUING TRIAL

WARDEN SALINAS, ET AL.,

      Defendants.
_____/

    After review of the Motion for Continuance of Trial Date (ECF No. 120), the Motion is granted. Accordingly, the January 6, 2014 jury trial is vacated and continued to February 24, 2014, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than December 16, 2013. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the November 14, 2013 Final Pretrial Conference is vacated and continued to December 19, 2013, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than November 27, 2013 and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by November 27, 2013. Oppositions must be filed by December 4, 2013 and any reply must be filed by December 11, 2013. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 22, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE