UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:10-cv-01848-MCE-KJN P |
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN SALINAS, et al., | |
| Defendants. | |

Plaintiff has requested that the Court issue writs of habeas corpus ad testificandum for inmates Gary Allen, Jacob Elijah Fleenor, and Ricky Tappin to appear as witnesses at the trial set for February 24, 2014. Ex Parte Applications, Nov. 27, 2013, ECF Nos. 123, 124, 125.

As discussed at the December 19, 2013, pretrial conference, these inmates may appear via videoconference. See Hr'g Minutes, Dec. 19, 2013, ECF No. 132. Accordingly, the Court will issue writs of habeas corpus ad testificandum directing prison officials at these prisons to provide for the appearance of these inmates via videoconference.

///

///

///

1

While the Court issues these writs instructing that each inmate witness's respective Warden produce the inmate to testify by video-conferencing before the United States District Court at the time and place indicated in the writ, Plaintiff is responsible for ensuring the attendance of these inmate witnesses by coordinating with prison officials and the Court Clerk to ensure the availability of the necessary audio-visual equipment on the requested dates.[1]

IT IS SO ORDERED.

Dated:  January 8, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties are reminded that as laid out in this Court's Final Pretrial Order, the parties are required to file electronically a joint request to the Courtroom Deputy Clerk by February 3, 2014 if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation.  See Final Pretrial Order, Dec. 31, 2013, ECF No. 133.