UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

       Plaintiff,                  No.  2:10-cv-1848 MCE KJN P

vs.

WARDEN SALINAS, et al.,

       Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                                     /         **AD TESTIFICANDUM**

      Ricky Tappin, inmate #AR3660, a necessary and material witness in proceedings in this case on February 24, 2014, is confined in Wasco State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by video-conferencing at Wasco State Prison, February 24, 2014, at 9:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Wasco State Prison, 701 Scofield Avenue, P.O. Box 8800, Wasco, Calfornia 93280-8800:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 8, 2014

                                                         MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                                         UNITED STATES DISTRICT COURT