UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SALINAS, et al.,<br><br>　　　　Defendants. | No.  2:10-cv-01848-MCE-KJN P<br><br><br>**ORDER** |

　　　This Court previously issued writs of habeas corpus ad testificandum for inmates Gary Allen, Jacob Elijah Fleenor, and Ricky Tappin to appear via videoconference as witnesses at the trial set for February 24, 2014.  <u>See</u> ECF Nos. 135, 136, 137.  Since the filing of these writs, it has come to the Court's attention that the institutions where Gary Allen and Ricky Tappin are incarcerated, Wasco State Prison and California Men's Colony, are no longer able to conduct video conferencing with the Court.

///
///
///
///
///
///

1  As such, the Court will issue amended Orders and Writs directing the respective
2  Wardens to produce inmates Allen and Tappin to testify by telephone rather than by
3  video-conferencing on February 24, 2014, at 9:00 am.[1]
4      While the Court issued a Writ for Jacob Elijah Fleenor to appear via video-
5  conference and will issue Amended Writs for Gary Allen and Ricky Tappin to appear via
6  telephonic-conferencing, Plaintiff is responsible for ensuring the attendance of these
7  inmate witnesses by coordinating with prison officials and the Court Clerk to ensure the
8  availability of the necessary telephonic and audio-visual equipment on the requested
9  dates.[2]
10     IT IS SO ORDERED.
11 Dated: January 16, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Amended Orders and Writs for Gary Allen, inmate #AK0444, and Ricky Tappin, inmate #AR3660, are forthcoming. These amended orders and writs will replace ECF Nos. 135, 137. In addition, Plaintiff informed the Court that Gary Allen is scheduled to be released on parole on 1/27/2014. See ECF No. 129. On January 15, 2014, this Court issued a Minute Order requiring Plaintiff to file a status report regarding witness Gary Allen by 1/29/2014 at 4:00PM. See ECF No. 139. That status report should address whether Gary Allen was paroled on 1/27/14 and whether the forthcoming Amended Order and the Writ of Habeas Corpus Ad Testifcandum for Gary Allen to appear via telephone-conference may be vacated as a result of his release.

[2] The parties are reminded that, as laid out in this Court's Final Pretrial Order, they are required to file electronically a joint request to the Courtroom Deputy Clerk by February 3, 2014 if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation. See Final Pretrial Order, Dec. 31, 2013, ECF No. 133.

2