UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

        Plaintiff,                     No. 2:10-cv-1848 MCE KJN P

  vs.

WARDEN SALINAS, et al.,

        Defendants.             **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Ricky Tappin, inmate #AR3660, a necessary and material witness in proceedings in this case on February 24, 2014, is confined in Wasco State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by telephonic-conferencing at Wasco State Prison, February 24, 2014, at 9:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The clerk of the court is directed to send a courtesy copy by fax to the litigation coordinator at Wasco State Prison at (661)-758-7093. The clerk of the court is also directed to serve by mail three (3) certified copies on the Warden of Wasco State Prison.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Wasco State Prison, 701 Scofield Avenue, P.O. Box 8800, Wasco, Calfornia 93280-8800:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 16, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT