UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

       Plaintiff,                        No.  2:10-cv-1848 MCE KJN P

vs.

WARDEN SALINAS, et al.,

       Defendants.             **AMENDED ORDER & WRIT OF HABEAS**
_____/    **CORPUS  AD TESTIFICANDUM**

    Gary Allen, inmate #AK0444, a necessary and material witness in proceedings in this case on February 24, 2014, is confined in California Men's Colony, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by telephonic-conferencing at California Men's Colony, February 24, 2014, at 9:00 a.m..

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3.  The clerk of the court shall send a courtesy copy by fax to the litigation coordinator of California Men's Colony at (805)-547-7791.  The clerk of the court is also directed to serve by mail three (3) certified copies on the Warden of California Men's Colony.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California Men's Colony, Highway 1, P.O. Box 8101, San Luis Obispo, California 93409-8101:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 16, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT