UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2: 10-cv-1848 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN SALINAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2013, plaintiff himself filed a motion for issuance of a subpoena. Because plaintiff is represented by counsel, he may only contact the court through counsel.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for issuance of a subpoena (ECF No. 111) is disregarded.

Dated: February 10, 2014

turn1848.dis

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1