**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendant
COLON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WARDEN SALINAS, et al.<br><br>　　　　　　Defendants. | CASE NO: 2:10-cv-1848 MCE KJN P<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; AND ORDER** |

On February 20, 2014, the parties to this case informed the Court that a settlement had been reached. (Docket No. 156) The Court then ordered the parties to file dispositional documents by April 7, 2014. (Docket No. 157) However, because the plaintiff is incarcerated, communication between him and his counsel is often significantly delayed. This has caused a delay in the ability of the parties to finalize the

/ / /

/ / /

/ / /

/ / /

Stipulated Request for Extension of Time to file Dispositional Documents; and Order
Page 1

language of the settlement agreement. For these reasons, the parties hereby stipulate to an extension of time of thirty (30) days to file the dispositional documents in this case.

Dated: April 7, 2014      OLSON HAGEL & FISHBURN LLP

By: /s/ Matthew R. Cody
MATTHEW R. CODY
Attorneys for plaintiff TURNER

Dated: April 7, 2014      WILLIAMS & ASSOCIATES

By: /s/ Matthew Ross Wilson
MATTHEW ROSS WILSON, CSB #236309
Attorneys for defendant COLON

**ORDER**

Good cause appearing, the stipulated request is granted and the parties are granted an extension of time of thirty (30) days to file dispositional documents in this case.

IT IS SO ORDERED.

Dated: April 11, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2