IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER

Plaintiff(s)

vs.

WARDEN SALINAS

Defendants.

No. 2:10-CV-01848 MCE KJN P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, RICHARD C. MIADICH, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on MARCH 13, 2012, by the Honorable KENDALL J. NEWMAN, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

COUNSEL INCURRED COSTS FOR THE FOLLOWING:

TELEPHONE CHARGES FOR COMMUNICATION WITH THE CLIENT WHO COULD ONLY PHONE US BY CALLING COLLECT. MAIL CHARGES FOR COMMUNICATING WITH CLIENT AND FILING/SERVING EXHIBITS.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 170.97.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-CV-01848 MCE KJN P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | INMATE PHONE SERVICE | 106.95 |
|  | UPS SHIPPING/MESSENGER SERVICE | 64.02 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of May, 20 14, at Sacramento, California.

_____
RICHARD C. MIADICH, OLSON HAGEL & FISHBURN LLP

Attorney for Plaintiff(s)

The above expenditure is ____✓____ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _____

_____
United States District Judge/Magistrate Judge