**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendant
COLON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>         Plaintiff,<br><br>   vs.<br><br>WARDEN SALINAS, et al.<br><br>         Defendants. | CASE NO: 2:10-cv-1848 MCE KJN P<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER** |

On February 20, 2014, the parties to this case informed the Court that a settlement had been reached. (Docket No. 156) The current deadline for filing dispositional documents is June 6, 2014. (Docket No. 168) This will be the third request for an extension. The last request was made due to a disagreement over the settlement terms, but a revised settlement agreement has been prepared and transmitted to the parties for their signatures. Furthermore, because the plaintiff is incarcerated, communication between him and his counsel is often significantly delayed. These factors have caused delay in the ability of the parties to finalize the language of the new settlement agreement and obtain the plaintiff's signature. For these reasons, the parties hereby stipulate to an additional extension of time of thirty (30) days to file the

dispositional documents in this case.

Dated: June 4, 2014              OLSON HAGEL & FISHBURN LLP

                                 By:/s/ Matthew R. Cody (Signed by permission)
                                     MATTHEW R. CODY
                                     Attorneys for plaintiff TURNER

Dated: June 4, 2014              WILLIAMS & ASSOCIATES

                                 By:      /s/ Matthew Ross Wilson
                                     MATTHEW ROSS WILSON, CSB #236309
                                     Attorneys for defendant COLON

## ORDER

The stipulated request is granted and the parties are granted an extension of time of thirty (30) days to file dispositional documents in this case.

**IT IS SO ORDERED.**

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2