UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:10-cv-1848 MCE KJN P |
| Plaintiff, | |
| v. | ORDER TO FACILITATE TELEPHONE CALL |
| WARDEN SALINAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner represented by court appointed counsel Matthew Cody and Richard Miadich of Olson Hagel & Fishburn. Communication between appointed counsel and their client is required to finalize settlement discussions. By this order, the court directs the Warden and the correctional staff at Salinas Valley State Prison (SVSP) to facilitate a confidential telephone call between appointed counsel and inmate Anthony R. Turner (G-27511).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at SVSP, shall facilitate a confidential telephone call between Anthony R. Turner and his attorneys.

2. The confidential telephone call shall be placed on Wednesday, August 6, 2014, to begin at 10:00 a.m., and shall continue, without interruption, for a maximum of 120

1

minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Mr. Cody at (916) 442-2952.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Turner under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of SVSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (831) 678-5544 and email on the Warden and litigation coordinator at SVSP.

IT IS SO ORDERED.

Dated:  July 31, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE