Richard C. Miadich, CSB 224873
Matthew R. Cody, CSB 267191
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*
ANTHONY R. TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER<br><br>   Plaintiff,<br><br>   v.<br><br>WARDEN SALINAS, et al<br><br>   Defendants. | **CASE NO.:**  2:10-cv-01848 MCE KJN P<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  August 27, 2014                    Respectfully submitted,

                                           OLSON HAGEL & FISHBURN LLP

                                           By:  */s/ Richard C. Miadich*_____
                                                RICHARD C. MIADICH, CSB 224873
                                                Attorneys for Plaintiff

Dated:  August 27, 2014                WILLIAMS & ASSOCIATES

By: */s/ Matthew Ross Wilson (as authorized on Aug. 27, 2014)*
    MATTHEW ROSS WILSON, CSB 236309
    Attorneys for Defendant

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT