UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SALINAS, et al.,<br><br>　　　　Defendants. | No. 2:10-cv-01848-MCE-KJN<br><br>**ORDER** |

The Court is in receipt of Plaintiff's Petition for Issuance of Certificate of Appealability (ECF No. 187), Defendant Colon's Opposition (ECF No. 188), and Plaintiff's "objections" (ECF No. 189).  The Ninth Circuit has already determined that this case "is so unsubstantial as to not warrant further review."  ECF No. 185.  Plaintiff's petition is DENIED.

The Court will not entertain further filings.  If Plaintiff continues to file, he will be subject to sanctions.

　　IT IS SO ORDERED.

Dated: January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1